**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DOUGLAS G. PATRIAS,

Plaintiff,

v.

UNUMPROVIDENT CORPORATION,

Defendant.

Civil No. 01-2093 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Robert F. Mannella, BABCOCK NEILSON MANNELLA, LaFLEUR & KLINT, 118 East Main, Anoka, Minnesota 55303, for plaintiff.

John Harper, III, and Terrance J. Wagener, KRASS MONROE 1650 West 82nd Street, Suite 1100, Bloomington, MN 55431, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: July 25, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK