UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Douglas G. Patrias,

Plaintiff,

v.

UnumProvident Corporation,

Defendant.

Court File No. 01-2093 JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 7-18-02

**BABCOCK, NEILSON, MANNELLA, LAFLEUR & KLINT**

Robert F. Mannella

Robert F. Mannella (ID No. 0067234)
118 East Main Street
Anoka, MN 55303
Telephone: (763) 421-5151
Attorneys for Plaintiff

Dated: 7-24-02

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
Terrance J. Wagener (ID No. 213676)
1650 West 82nd Street, Suite 1100
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendant

JUL 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either part.

Dated: July 29, 2002

**BY THE COURT**

Judge of United States District Court

G:\WPDATA\U\UNUMPROVIDENT\56-PATRIAS\PLD\STIP OF DISMISSAL AND ORDER.DOC